IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| GREGORY McKIE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-00175 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

The above-styled case was originally filed on March 28, 2023 in the 253rd Judicial District Court of Liberty County, Texas. [Dkt. 5]. Defendant filed its Notice of Removal on May 4, 2023. [Dkt. 1]. Thereafter on May 5, 2023, the Clerk contacted Plaintiff's counsel via email regarding admission requirements for the Eastern District of Texas. Having received no communication from Plaintiff's counsel, the Court entered an Order Regarding Admission [Dkt. 8] giving counsel until July 21, 2023 to either take steps to appear on behalf of Plaintiff or notify the Court that he no longer represents Plaintiff in this matter. The Court advised counsel that failure to comply with the Court's order by July 21, 2023 may result in the Court dismissing this case for want of prosecution. [Dkt. 8]. To date, counsel has not responded.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 7th day of August, 2023.

Michael J. Truncale
United States District Judge